UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LATOYA LOUISE EDWARDS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:18-CV-1024 RLM |
| | ) |
| CONCORD HIGH SCHOOL, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiffs Latoya Edwards, *et al.*, has moved to seal exhibits filed in their *pro se* complaint on December 21, 2018 [Doc. No. 1]. Good cause having been shown, the court GRANTS Plaintiffs' motion to seal [Doc. No. 3] exhibits in their complaint [Doc. No. 1].

SO ORDERED.

ENTERED:   January 11, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court